THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN DAISY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD HAYNES, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C21-5709-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, (Dkt. No. 8), of United States Magistrate Judge David W. Christel, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 8);

(2) Plaintiff has failed to respond to the Court's order and prosecute this case. Plaintiff's complaint (Dkt. No. 5) is therefore DISMISSED without prejudice;

(3) As Plaintiff has not prosecuted this case, an appeal would not be taken in good faith and a certificate of appealability is therefore denied; and

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

//

//

1   DATED this 10th day of January 2022.

2

3

4

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C21-5709-JCC
PAGE - 2